Marie Ann Jellema, Appellant, v. Alfred R. Hulbert, Appellee.

Gen. No. 40,598.

opinion filed December 5, 1939. Klenk & Klein, for appellant; Raymond E. Ehrlich, for appellee. Opinion by JUSTICE FRIEND. "Not to be published in full."